IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNETH RAY BENTON PITTS,
ADC #85938                                                                                    PLAINTIFF

v.                                         5:06CV00259SWW/HLJ

WARDEN LAY, et al.                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED 24th day of October, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE